## CHOATE v. STATE.
### No. 23413.

Court of Criminal Appeals of Texas.
June 12, 1946.

## CHOATE v. STATE.
### No. 23414.

Court of Criminal Appeals of Texas.
June 12, 1946.

Wayne Manning, of Fort Worth, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is forgery; the punishment, two years in the penitentiary.

The record is before us without a statement of facts or bills of exceptions. Nothing is presented for the consideration of this Court.

The judgment of the trial court is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.